# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00216-CV

---

**L. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 309,513-B, THE HONORABLE CHRISTOPHER L. CORNISH, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On November 3, 2020, the trial court signed a final decree terminating L.C.'s parental rights. Because appeals from termination judgments are accelerated, *see* Tex. Fam. Code § 263.405 (providing that appeal of termination order is governed by procedures for accelerated appeals in civil cases), the deadline for L.C. to file a notice of appeal from the decree was November 23, 2020, *see* Tex. R. App. P. 26.1(b) (requiring notice of appeal in accelerated cases to be filed within twenty days after judgment or order is signed).

On May 10, 2021, this Court notified L.C. that her notice of appeal—which was filed by L.C. in Bell County District Court on December 16, 2020, and belatedly forwarded to this Court on May 7, 2021—appeared untimely and that the appeal would be dismissed for want of jurisdiction unless she filed a response explaining how this Court has jurisdiction over her appeal. *See* Tex. R. App. P. 42.3(a) (allowing appellate court to dismiss case for want of jurisdiction after giving ten days' notice to parties). To date, no response has been filed.

In an accelerated appeal, absent a motion to extend time under Texas Rule of Appellate Procedure 26.3 "the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed, with no exceptions." *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005). When a motion for extension of time to file the notice of appeal is timely filed, the deadline for filing a notice of appeal may be extended. *See* Tex. R. App. P. 26.3 (providing that notice-of-appeal deadline may be extended if, within fifteen days after deadline, appellant files proper motion for extension of time); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (motion for extension of time under Rule 26.3 is implied when party, in good faith, files notice of appeal within fifteen-day period). The deadline for L.C. to file a motion for extension of time to file her notice of appeal was December 8, 2020. Because L.C. did not timely file her notice of appeal or, alternatively, a motion to extend time to file her notice of appeal, her notice of appeal failed to invoke this Court's jurisdiction.[1] *See K.A.F.*, 160 S.W.3d at 927 (concluding that untimely notice of appeal from judgment terminating parental rights failed to invoke appellate court's jurisdiction); *see M.M.S. v. Texas Dep't of Fam. & Protective Servs.*, No. 03-19-00755-CV, 2019 Tex. App. LEXIS 10809, at *1-2 (Tex. App.—Austin Dec. 13, 2019, no pet.) (mem. op.) (dismissing appeal from judgment terminating parental rights because notice of appeal was untimely); *L.L.M. v. Texas Dep't of Fam. & Protective Servs.*, No. 03-18-00026-CV, 2018 Tex. App. LEXIS 1140, at *1-2 (Tex. App.—Austin Feb. 9, 2018, pet. denied) (mem. op.) (denying untimely motion for extension of time to file notice of appeal from judgment terminating

---

[1] To the extent that L.C.'s notice of appeal could also be construed as a motion for new trial or a motion to reconsider, any such motions would also be untimely and, moreover, would not extend the deadline for filing her notice of appeal. *See* Tex. R. Civ. P. 329b(a); *see also* Tex. R. App. P. 28.1(b) ("Filing a motion for new trial, any other post-trial motion, or a request for findings of fact will not extend the time to perfect an accelerated appeal."), 28.4(a)(1) ("Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals . . . .").

parental rights and dismissing appeal).  Accordingly, we must dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed:   June 4, 2021